UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ROBERT E. HOWLAND, )
)
       Plaintiff, )
)
v. ) No.: 3:20-CV-493-TAV-DCP
)
KRISTY FRASIER and )
MEDICAL STAFF OF SULLIVAN )
COUNTY JAIL, )
)
       Defendants. )

# **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 5] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this accompanying order to the custodian of inmate accounts at the institution where Plaintiff is now confined, to the Attorney General for the State of Tennessee, and to the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

6. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ John L. Medearis
    CLERK OF COURT

2

Case 3:20-cv-00493-TAV-DCP   Document 7   Filed 01/14/21   Page 2 of 2   PageID #: 26